UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**APPEARANCE**

United States of America

vs.

CASE NUMBER: 05Cr 1036

Daniel E. Marino

**To the Clerk of this court and all parties of record**

Enter my appearance as counsel in this case for: Daniel E. Marino

Date: 9/29/05

Signature

AB5685
SDNY Bar Number

Andrew B. Bowman
Print Clearly or Type Name

(203) 259-0599
Telephone Number

1804 Post Road East
Address

(203) 255-2570
Fax Number

Westport, Connecticut 06880

andrew.bowman@snet.net
E-mail address

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing Appearance was hand-delivered on this date to the following:

Margery B. Feinzig, AUSA in Charge
Office of the U.S. Attorney
For the Southern District of NY
300 Quarropas Street
White Plains, NY 10601

ANDREW B. BOWMAN