

RECEIVED OCT 19 2005 CHAMBERS OF COLLEEN McMAHON

U.S. Department of Justice

United States Attorney
Southern District of New York

United States District Courthouse
300 Quarropas Street
White Plains, New York 10601

October 19, 2005

**BY HAND**
Honorable Colleen McMahon
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

    Re:  <u>U.S. v. Daniel E. Marino</u>
          05 Cr. 1036 (CM)

Dear Judge McMahon:

    In connection with the above-referenced matter, we respectfully request that the Court enter the enclosed Preliminary Order of Forfeiture. The Preliminary Order relates to the disposition of the assets named in the above-referenced Information except for the approximately $100,000,000 on deposit at Bank of America in the name of the Arizona State Treasurer and referenced as SW 2005-001633. Marino, in his plea agreement, admitted to the forfeiture allegations contained in the Information. We anticipate filing an amended order, as soon as possible, that will include the money at Bank of America. At this time, however, we would like to proceed with the forfeiture of the other assets without further delay.

                                    Respectfully submitted,

                                    MICHAEL J. GARCIA
                                  United States Attorney
                                  Southern District of New York

                        By:  _/s/ Margery B. Feinzig_____
                              Margery B. Feinzig
                              Barbara A. Ward
                              Assistant United States Attorneys
                              (914) 993-1912

cc: Andrew Bowman, Esq.