*Andrew B. Bowman*
LAW OFFICES



1804 POST ROAD EAST
*Westport, Ct 06880-5683*

TEL (203) 259-0599
FAX (203) 255-2570

October 18, 2005

The Honorable George A. Yanthis
United States Magistrate Judge
U.S. Courthouse
300 Quarropas Street
White Plains, NY 10601

Re: **United States vs. Daniel E. Marino**

Dear Judge Yanthis:

    This letter is a request to extend the territorial restriction on travel for Daniel Marino to permit him to travel to the State of New Jersey including the towns of West Caldwell, New Jersey and Barnegat, New Jersey. Mr. Marino's brother-in-law Doug Harper and sister Elizabeth Marino own homes in these two towns and are co-signatories on Mr. Marino's $500,000 appearance bond.

    Because Mr. Harper and Dr. Marino provide emotional support for Daniel Marino, I am requesting that the territorial limits of his bond be extended to include West Caldwell and Barnegat, New Jersey so that Daniel Marino can visit with his family.

    Margery B. Feinzig, the Assistant U.S. Attorney in charge of this case, has represented that she has no objection to the granting of this request.

Very truly yours,

ANDREW B. BOWMAN

ABB:MA
cc. Margery Feinzig, AUSA

SO ORDERED: