# LAW OFFICES
# BUTLER, FITZGERALD, FIVESON & McCARTHY
A Professional Corporation
350 FIFTH AVENUE
SUITE 6215
NEW YORK, NEW YORK 10118

**David McCarthy**
212-615-2235
dmccarthy@bffmlaw.com

Telephone 212-615-2200
Facsimile 212-615-2215

December 21, 2005

BY FEDERAL EXPRESS

Honorable Colleen McMahon
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601-4150

Re:   United States of America v. Daniel Marino,
      05 Cr. 1036 (CM)
      Our File No. 3582/05414

Dear Judge McMahon:

Enclosed please find a Stipulation and Order Extending the Time of Certain Claimants to File a Petition Regarding Forfeiture of Defendants Assets through and including January 6, 2006. Please be advised that this is the first request made by these claimants.

We respectfully request that the Court So Order the Stipulation.

Respectfully submitted,

David McCarthy

RF/rqs
Encl.

cc:   Barbara Ward
      Assistant U.S. Attorney

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

      v.            05 CR. 1036 (CM)

STIPULATION AND ORDER
EXTENDING TIME OF
CERTAIN CLAIMANTS TO FILE
DANIEL E. MARINO,          A PETITION REGARDING
                   FORFEITURE OF
        Defendant.       DEFENDANT'S ASSETS
------------------------------------------------------------X

    IT IS HEREBY STIPULATED AND AGREED by and among the undersigned counsel that the time of Leonard and Tema Schrage, The Morris Schrage Individual Retirement Account, the Morris Schrage Trust, the Melvin N. and Marcia A. Grossman Family Trust and Universal City Nissan, Inc. to file a petition asserting a legal interest in the property which has been ordered forfeited to the United States in the above-referenced action is extended to January 6, 2006.

Dated: New York, New York
      December 20, 2005

MICHAEL J. GARCIA
United States Attorney for the Southern
  District of New York
Attorney for the Plaintiff
United States of America

By: /s/ Barbara A. Ward
    BARBARA A. WARD (BW-4314)

SO ORDERED:

/s/ Colleen McMahon
HONORABLE COLLEEN McMAHON
UNITED STATES DISTRICT JUDGE

BUTLER, FITZGERALD, FIVESON
  & McCARTHY
A Professional Corporation

By: /s/ David J. McCarthy
   Raymond Fitzgerald, Esq. (RF 9526)
   David J. McCarthy (DM 7910)
Attorneys for Claimants
350 Fifth Avenue, Suite 6215
New York, New York 10118
(212) 615-2200

Date: 12/22/05