UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
UNITED STATES OF AMERICA,

      v.

DANIEL E. MARINO,

              Defendant.
----------------------------------------------------------X

05 CR. 1036 (CM)

STIPULATION AND ORDER
EXTENDING TIME OF
CERTAIN CLAIMANTS TO FILE
A PETITION REGARDING
FORFEITURE OF
DEFENDANT'S ASSETS

      IT IS HEREBY STIPULATED AND AGREED by and among the undersigned counsel that the time of Leonard and Tema Schrage, The Morris Schrage Individual Retirement Account, the Morris Schrage Trust, the Melvin N. and Marcia A. Grossman Family Trust and Universal City Nissan, Inc. to file a petition asserting a legal interest in the property which has been ordered forfeited to the United States in the above-referenced action is extended to January 6, 2006.

Dated: New York, New York
       December 20, 2005

MICHAEL J. GARCIA
United States Attorney for the Southern
  District of New York
Attorney for the Plaintiff
United States of America

By: /s/ Barbara Ward
      BARBARA A. WARD (BW-4314)


SO ORDERED:

/s/ Colleen McMahon
HONORABLE COLLEEN McMAHON
UNITED STATES DISTRICT JUDGE

BUTLER, FITZGERALD, FIVESON
  & McCARTHY
A Professional Corporation

By: /s/ David J. McCarthy
     Raymond Fitzgerald, Esq. (RF 9526)
     David J. McCarthy (DM 7910)
Attorneys for Claimants
350 Fifth Avenue, Suite 6215
New York, New York 10118
(212) 615-2200

Date: 12/22/05