| U.S. Department of Justice | PROCESS RECEIPT AND RETURN |
|---|---|
| United States Marshals Service | See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form. |

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 05 Cr. 1036(CM) |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Daniel E. Marino | Publication |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Sandy Moo, USMS

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

**AT** 500 Pearl Street, New York, New York 10007

RECEIVED 2005 NOV 21 PM 5:23 U.S. MARSHALS SERVICE SOUTHERN NEW YORK

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

UNITED STATES ATTORNEY'S OFFICE
SOUTHERN DISTRICT OF NEW YORK

ONE SAINT ANDREW'S PLAZA
NEW YORK, NY 10007-1703
ATTENTION: Abigail Seda

Number of process to be served with this Form - 285

Number of parties to be served in this case

Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVER (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Server):

Fold                                                                                                                     Fold

Please publish the following notice of publication in a newspaper of general circulation for three consecutive weeks.
CATS # 05-FBI-004712, 05-FBI-005220, 05-FBI-005221

Please return to FSA Paralegal Abigail Seda, 212-637-2559

| Signature of Attorney or other Originator requesting service on behalf of: | x PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| AUSA BARBARA WARD | | 212-637-1048 | 11/2/05 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 54 | District to Serve No. 54 | Signature of Authorized USMS Deputy or Clerk Sandy m@ | Date 11/21/05 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service 1/25/06   Time ___ am ___ pm

Signature of U.S. Marshal or Deputy  Sandy m@

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|

REMARKS:
1/25/06 - Notice was published in the New York Law Journal on November 30, December 7 & 14, 2005. (copy attached)

| PRIOR EDITIONS MAY BE USED | | FORM USM-285 |
|---|---|---|

ORIGINAL

U.S. ATTORNEY COPY

**STATE OF NEW YORK**
**County of New York,** s.:

**NOTICE OF:**
**UNITED STATES v.**
**DANIEL E. MARINO**
**05 CR. 1036 (CM)**

NOTICE IS HEREBY given that on November 23, 2004, in the case of United States v. DANIEL E. MARINO. 05 Cr. 1036 (CM), the United States District Court for the Southern District of New York entered a preliminary Order of Forfeiture Condemning and forfeiting DANIEL E. MARINO's rights, title, and interest in (a) Approximately $100,010,673.68 on deposit of Bank of America in the name of the Arizona State Treasurer and referenced as SW 2005-001633; (b) All that lot or parcel of land, together with its buildings, appurtenances, Improvements, fixtures, attachments and easements, located at 261 Bayberry Lane, Westport, Connecticut, 06880; (c) All right, title and interest of the defendant in any entities or partnerships, including but not limited to, IM partners and IMG LLC, and any and all assets, including bank accounts, held by or for the benefit of such entitles or partnership; and (d) Any and all interests in any bank accounts and/or brokerage accounts held by or for the benefit of the defendant.

The preliminary order of Forfeiture having been entered on October 19, 2005, the United States hereby gives notice of its intention to dispose of the forfeited properties in such a manner as the United States Marshall May direct. Any person having or claiming a legal right, title or interest in the aforementioned property must file a petition within thirty (30) days of the final publications of this notice, which will be January 13, 2006. The petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought.

MICHAEL J. GARCIA
U.S. Attorney/SDNY

JOSEPH R. GUCCIONE
U.S. Marshal/SDNY

611240                     n30-W d14

Cynthia Byrd, being duly sworn, says that she is the PRINCIPAL CLERK of the Publisher of the **NEW YORK LAW JOURNAL**, a Daily Newspaper; that the Advertisement hereto annexed has been published in the said **NEW YORK LAW JOURNAL** in each week for 3 successive weeks, commencing on the 30th day of November, 2005.

TO WIT: NOVEMBER 30, 2005 DECEMBER 7, 14, 2005

*Cynthia Byrd*

SWORN TO BEFORE ME, this 14th day
Of December, 2005.

Jennifer Hannafey
Notary Public, State of New York
No. 01ha6128042
Qualified in Richmond County
Commission Expires June 06, 2009

RECEIVED 2006 JAN 24 PM 5: 27 U.S. MARSHALS SERVICE SOUTHERN NEW YORK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

==============================================================

UNITED STATES OF AMERICA,

    Plaintiff,

    - v -

DANIEL E. MARINO,

               Defendant- in-rem.

==============================================================

## NOTICE OF PUBLICATION
## 05 Cr. 1036 (CM)

==============================================================

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for the United States of America
One St. Andrew's Plaza
New York, New York  10007
(212) 637-1048

                                        BARBARA WARD
                                        **Assistant United States Attorney**
                                         -Of Counsel-