# UNITED STATES DISTRICT COURT

for

the Southern District of New York

*U.S. DISTRICT COURT FILED AUG 0 2 2007 S.D. W.P. OF N.Y.*

U.S.A.    v. Daniel Marino      Docket    05 CR 1036

### Petition for Action on Conditions of Pretrial Release

COMES NOW Cynthia Labrovic    PRETRIAL SERVICES/PROBATION OFFICER presenting an official report upon the conduct of defendant Mr. Daniel Marino who was placed under pretrial release supervision by the Honorable George A. Yanthis sitting in the court at White Plains, on the 29th of September, 20 05 under the following conditions:

- Strict PSA supervision
- Continue mental health counseling
- Travel restricted to SDNY/EDNY and the District of CT
- Surrender passport
- Make no new applications for travel documents

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

(See memo)

PRAYING THAT THE COURT WILL ORDER:

The defendant is to cooperate with Pretrial Services for a mental health evaluation specific to his danger to himself or others.

ORDER OF COURT

Considered and ordered 2nd day of August, 20 07 and ordered filed and made a part of the records in the above case.

_____
U.S. District Judge/Magistrate Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
Cynthia Labrovic

_____
U.S. Pretrial Services/Probation Officer

**MICROFILM**

AUG 0 2 2007

**USDC SD NY WP**