Seward & Kissel LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 574-1587
Facsimile: (212) 480-8421
M. William Munno (MM 8861)

*Attorneys for Mary Jane Pidgeon Sledge*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            -v-<br><br>DANIEL F. MARINO,<br><br>                          Defendant. | Index No. 05 Cr 1036 (CM) |
| UNITED STATES OF AMERICA,<br><br>            -v-<br><br>SAMUEL ISRAEL III,<br><br>                          Defendant. | Index No. 05 Cr 1039 (CM) |
| UNITED STATES OF AMERICA,<br><br>            -v-<br><br>JAMES G. MARQUEZ,<br><br>                          Defendant. | Index No. 05 Cr 1138 (CM) |

PLEASE TAKE NOTICE that M. William Munno of the law firm of Seward & Kissel LLP hereby appear as counsel for Petitioner Mary Jane Pidgeon Sledge in this action and request that all subsequent papers be served upon this firm at the address indicated below.

Please add the following to the service list for this proceeding:

        M. William Munno, Esq. (MM-8861) (munno@sewkis.com)
        SEWARD & KISSEL LLP
        One Battery Park Plaza
        New York, New York 10004
        (212) 574-1200 (telephone)
        (212) 480-8421 (facsimile)

Dated: December 21, 2007
       New York, New York

                              Seward & Kissel LLP

                              By:   /s/ M. William Munno
                                    M. William Munno (MM 8861)

                                    One Battery Park Plaza
                                    New York, New York 10004
                                    Telephone: (212) 574-1587
                                    Facsimile: (212) 480-8421

                                    *Attorneys for Petitioner*
                                      *Mary Jane Pidgeon Sledge*

TO:   Sharon Levin, Esq.
        Office of the United States Attorney, S.D.N.Y.
        One St. Andrew's Plaza
        New York, New York 10007-2601

        Margery B. Feinzig, Esq.
        Assistant U.S. Attorney, S.D.N.Y.
        300 Quarropas Street
        White Plains, New York 10601

SK 25698 0001 839125