## AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
: ss.:
COUNTY OF NEW YORK )

        CHERYL A. WITKOWSKI, being duly sworn, deposes and says:

    1.    I am not a party to this action, I am over 18 years of age, and reside in Middlesex County, New Jersey.

    2.    On December 14, 2007 I served a true copy of Objection of Mary Jane Pidgeon Sledge's Notice of Appearance and Petition on:

> Sharon Levin, Esq.
> Office of the United States Attorney, S.D.N.Y.
> One St. Andrew's Plaza
> New York, New York 10007-2601
>
> Margery B. Feinzig, Esq.
> Assistant U.S. Attorney, S.D.N.Y.
> 300 Quarropas Street
> White Plains, New York 10601

by depositing a true copy of same in postpaid properly addressed envelopes in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York

                                                /s/ Cheryl A. Witkowski
                                                Cheryl A. Witkowski

Sworn to before me on
December 14, 2007

_____
      Notary Public

SK 25698 0001 839062