Local Criminal Notice of Appeal Form.

# NOTICE OF APPEAL
## United States District Court

Southern District of New York

United States of America vs.

Daniel E. Marino

Docket No.: 05cr1036-01(CM)

Colleen McMahon
(District Court Judge)

Notice is hereby given that **Daniel E. Marino** appeals to the United States Court of Appeals for the Second Circuit from the judgment [X], other [ ] of conviction and sentence of 20 years imprisonment (specify)

entered in this action on **January 29, 2008** (date)

Offense occurred after November 1, 1987   Yes [✓]   No [ ]

This appeal concerns: Conviction only [ ]   Sentence only [✓]   Conviction and Sentence [ ]

Date: **February 4, 2008**

TO:
Margery Feinzig
Assistant U.S. Attorney in Charge
300 Quarropas Street
White Plains, NY 10601

ADD ADDITIONAL PAGE (IF NECESSARY)

**Andrew B. Bowman**
(Counsel for Appellant)

Address: 1804 Post Road East
Westport, CT 06880

Telephone Number: (203) 259-0599

| TO BE COMPLETED BY ATTORNEY | TRANSCRIPT INFORMATION - FORM B |
|---|---|
| ▶ QUESTIONNAIRE | ▶ TRANSCRIPT ORDER ▶ DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPT IS REQUIRED (INCLUDE DATE) |

[✓] I am ordering a transcript
[ ] I am not ordering a transcript
Reason
[ ] Daily copy is available
[ ] U.S. Attorney has placed order
[ ] Other. Attach explanation

Prepare transcript of                                    Dates
[✓] Prepare proceedings  Plea proceedings - 9/29/05 (White Plains)
[ ] Trial
[✓] Sentencing  January 29, 2008 (Manhattan)
[ ] Post-trial proceedings

The attorney certifies that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript. (FRAP 10(b)). ▶
Method of payment   [ ] Funds [✓]   CJA Form 24 [ ]

ATTORNEY'S SIGNATURE /s/ Andrew B. Bowman   DATE 2/4/08

▶ COURT REPORTER ACKNOWLEDGMENT   To be completed by Court Reporter and forwarded to Court of Appeals.

| Date order received | Estimated completion date | Estimated number of pages |
|---|---|---|
| | | |

Date _____   Signature _____
(Court Reporter)

**DISTRIBUTE COPIES TO THE FOLLOWING:**

1. Original to U.S. District Court (Appeals Clerk).
2. Copy U.S. Attorney's Office.
3. Copy to Defendant's Attorney
4. U.S. Court of Appeals
5. Court Reporter (District Court)

USCA-2
FORM A REV. 8-05