# United States District Court for the Southern District of New York

---

UNITED STATES

-V-

DANIEL MARINO

---

Document# **60**

U.S.C.A. # 08-0615 cr

U.S.D.C. # 05 CR 1036

D.C. JUDGE: CM

Date: 5/2/08



## Notice to The Docket Clerk

(___) Original Record

(1st) Supplemental Record

The record in the above entitled case was indexed to the U.S.C.A for the Second Circuit on the 2ND Day of May, 2008.

United States District Court for
the Southern District of New York

Date 5/2/08

United STATES

-V-

DANIEL MARINO

U.S.C.A.# 08-0615 CR

U.S.D.C.# 05-CR 1036

D.C. Judge CM

/s/   Supplemental Index To The Record On Appeal

Prepared by (Name): Andrew S Bowman
Firms Name: Law Offices of Andrew S Bowman
Firms Address: 1804 Post Road East
City, State & Zip: Westport, CT 06880
Firms Phone#: 203 259 0599

District Court Docket Entries
Document Description                                                Doc.#

1) Supplemental Clerk's Certificate                                  0
2) TRANSCRIPT                                                        9
3) PETITION                                                         26
4) PETITION                                                         27
5) PETITION                                                         29
6) NOTICE                                                           31
7) SUPPLEMENTAL PETITION                                            35
8) TRANSCRIPT                                                       48
9) TRANSCRIPT                                                       49
10) AMENDED JUDGEMENT                                               50
11) TRANSCRIPT                                                      51

PAGE 2

DATE: 5/2/08

U.S.C.A. # 08-0615CR

U.S.D.C. # 05CR1036

D.C. JUDGE: CM

## CLERK'S CERTIFICATE (Continued)

DESCRIPTION OF DOCUMENTS | DOC. #
--- | ---
(2) LETTER | 5
(3) TRANSCRIPT | 6

**United States District Court for the Southern District of New York**

Date  5/2/08

U.S.C.A. # 08-0615CR

U.S.D.C. # 05 CR 1036

-V-

D.C. JUDGE  CM

------

## /s/ Supplemental Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified extract of the docket entries and the original filed papers numbered ____ Through ___, inclusive, constitute the Supplemental record on appeal in the above entitled proceedings.

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this 2ND Day of MAY In this year of our Lord, Two Thousand and Eight, and the Independence of the United States this 232nd year.

J. Michael McMahon, Clerk

By _____
Deputy Clerk

United States District Court for
the Southern District of New York

Date: 5/2/08

-----------------------------------------

UNITED STATES

-v-

DANIEL MARINO

U.S.C.A. # 08-0615 CR

U.S.D.C. # 05 CR 1036

D.C. Judge: CM

-----------------------------------------

## Extract Of Docket Entries

| Date | Document Description |
|---|---|
| 10/11/05 | TRANSCRIPT |
| 8/10/07 | PETITION |
| 8/15/07 | PETITION |
| 10/22/07 | PETITION |
| 10/22/07 | NOTICE |
| 12/13/07 | Supp PETITION |
| 2/20/08 | TRANSCRIPT |
| 2/26/08 | TRANSCRIPT |
| 4/~~8/08~~ 4/9/08 | LETTER |
| 4/14/08 | TRANSCRIPT |

J. Michael McMahon, Clerk

BY: _____
Deputy Clerk