```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA        :

        - v. -                  :    NOTICE TO THE COURT AND THE
                                     BAYOU HEDGE FUND FRAUD VICTIMS

DANIEL E. MARINO,               :    05 Cr. 1036 (CM)

SAMUEL ISRAEL, III, and         :    05 Cr. 1039 (CM)

JAMES G. MARQUEZ,               :    06 Cr. 1138 (CM)

        Defendants.             :

- - - - - - - - - - - - - - - - x
```

       The United States of America respectfully notifies the Court and the Bayou Hedge Fund Fraud victims that on June 5, 2008, the Asset Forfeiture Money Laundering Section, Department of Justice, granted the United States Attorney's request that funds forfeited in the above-referenced criminal prosecutions be restored to the victims of the Bayou Hedge Fund Fraud.  The United States Attorney's Office anticipates that the net proceeds of the forfeiture shall be transferred to the Clerk of the Court

for distribution to Bayou Hedge Fund Fraud victims in accordance with the Restitution Order and the Distribution Order within the next two weeks.

Dated:  New York, New York
June 17, 2008

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By:_____/s/_____
Sharon Cohen Levin
Assistant United States Attorney
One Saint Andrew's Plaza
New York, NY 10007
Tel. 212-637-1060