

U.S. Department of Justice

United States Attorney
Southern District of New York

One St. Andrews Plaza
New York, New York 10007

September 8, 2008

**BY HAND**
Honorable Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re: <u>United States v. Daniel E. Marino</u>, 05 Cr. 1036 (CM)
    <u>United States v. Samuel Israel, III</u>, 05 Cr. 1039 (CM)

Dear Judge McMahon:

The Government makes the following request on behalf of some of the Bayou Investors, who are listed as victims on Attachment A of Restitution Orders dated April 17 and 18, 2008. These investors have encountered problems with the current payee name that is written on their restitution check, as issued by the Clerk of the Court. These investors have been unable to deposit or cash the restitution checks.

The United States is in the possession of documentation regarding the transfer of interests by some of the Bayou Investors as listed on the Restitution Orders and hereby requests that all future payments be directed to the investors as outlined in the attached chart.

The Guidelines for Restitution, pursuant to 18 U.S.C. § 3663(a)(2), provide that in the event the victim is no longer operational, any other person "appointed as suitable by the court," may assume the victim's rights.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/10/08

9/10/08 Changes approved [signature] JSDJ

Accordingly, we urge the Court to approve the Government's proposed changes.

                        Respectfully submitted,

                        MICHAEL J. GARCIA
                        United States Attorney
                        Southern District of New York

By:   _____
       Sharon Cohen Levin
       Margery Feinzig
       Assistant United States Attorneys
       Tel. (212)637-1060
             (914)993-1912

Attachment
cc:  Joey Maldonado (w/ enclosed letter and attachment)
    Financial Department
    Office of the Clerk
    United States District Court
    500 Pearl Street
    New York, New York 10007

ATTACHMENT

| Investor Name as listed on the Restitution Orders Attachment A | New Investor Name | Alternate Contact Person | Reason for Change |
|---|---|---|---|
| Anglo Irish Bank (Suisse), SA | Navasota Offshore Holdings Limited f/b/o Anglo Irish | Steven Nelson | Transferred Interests |
| Citco Global NV (NA) for Select Multi Strategic Fund | Navasota Offshore Holdings Limited f/b/o Streamline Fund f/k/a Select Multi Strategic Fund | Steven Nelson | Transferred Interests |
| Vestis Diversified LP | CAV1 LLC f/b/o Vestis | Steven Nelson | Transferred Interests |
| Vestis Diversified International Ltd OA2 | Navasota Offshore Holdings Limited f/b/o Vestis | Steven Nelson | Transferred Interests |
| Meyer Investment Partners | C. Paul Meyer | | Dissolution of Partnership |