**U.S. Department of Justice**



*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

June 26, 2009

**BY HAND**
Honorable Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    **U.S. v. James G. Marquez, 06 Cr. 1138 (CM)**
                **U.S. v. Daniel E. Marino, 05 Cr. 1036 (CM)**
                **U.S. v. Samuel Israel III, 05 Cr. 1039 (CM)**

Dear Judge McMahon:

       For the reasons set forth in the Government's letter to the Court dated June 10, 2009, the Government submits the enclosed proposed amended restitution orders in U.S. v. Daniel E. Marino, 05 Cr. 1036 (CM) and U.S. v. Samuel Israel III, 05 Cr. 1039 (CM).

       The Government anticipates submitting by the end of next week proposed amended distribution orders in Marino and Israel actions. The Government currently is calculating the appropriate distribution to the victims newly identified in the proposed amended restitution orders to assure that all victims receive an appropriate pro rata distribution of restitution funds.

                                        Respectfully submitted,

                                        LEV L. DASSIN
                                        Acting United States Attorney
                                        Southern District of New York

                            By: _____
                                        Jeff Alberts
                                        Sharon Cohen Levin
                                        Assistant United States Attorneys
                                        Tel. (212) 637-1038/1060

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/30/09
```

cc: By fax or email to the attached service list.

| NAME | PHONE | FAX |
|---|---|---|
| Andrew Bruce Bowman   (Atty for Marino)<br>Law Offices of Andrew B. Bowman<br>1804 Post Road East<br>Westport, Ct, CT 06880 | 203-259-0599 | 203-255-2570 |
| Lawrence S. Bader (Atty for Israel)<br>Morvillo, Abramowitz, Grand, Iason, Anello & Bohrer P.C.<br>565 Fifth Avenue<br>New York, NY 10017 | 212-856-9600 | 212-856-9494 |
| Bradley Drew Simon (Atty for Marquez)<br>Simon & Partners LLP<br>30 Rockefeller Plaza -- 42 Floor<br>New York, NY 10112 | 212-332-8900 | 212-332-8909 |
| Stanley A. Twardy (Atty for Marquez)<br>Doreen Klein<br>Day Berry & Howard LLP<br>One Canterbury Green<br>Stamford, CT 06901-2047 | 209-977-7300 | 203-977-7301 |
| Carole Neville (Atty for Sonnenschein Investors)<br>Sonnenschein Nath & Rosenthal LLP<br>1221 Avenue of the Americas<br>New York, NY 10020-1089<br>cneville@sonnenschein.com | 212-768-6700 | 212-768-6800 |
| Joseph Allen (Atty for Christian Brothers High School Endowment)<br>Jaeckle Fleischmann & Mugel, LLP<br>12 Fountain Plaza<br>Buffalo, NY 14202-2292<br>jallen@jaeckle.com | 716-856-0600 | 716-856-0432 |

| NAME | PHONE | FAX |
|---|---|---|
| Michael L. Cook (Attys for Sterling Stamos Security Fund, LP et al)<br>Marcy Harris<br>Brian T. Kohn<br>Schulte Roth & Zabel LLP<br>919 Third Avenue<br>New York, NY 10022<br>[Marcy.Harris@srz.com]<br>michael.cook@srz.com | 212-756-2000 | 212-593-5955 |
| Heidi J. Sorvino (Attys for Peter Haje and Peter Haje IRA)<br>Jeff J. Friedman<br>Qubilah A. Davis<br>Katten Muchin Rosenman LLP<br>575 Madison Avenue<br>New York, NY 10022-2585<br>jeff.friedman@kattenlaw.com<br>heidi.sorvino@kattenlaw.com | 212-940-8800 | 212-940-8776 |
| Richard B. Feldman (Atty for Freestone Low Volitility Partners, LP<br>Rosenberg Feldman Smith, LLP<br>551 Fifth Avenue, 24th Fl<br>New York, NY 10176<br>Rfeldman@rfs-law.com | 212-682-3454 | 212-867-9045 |
| P. Gregory Schwed (Atty for Highgate Partners, LP)<br>Loeb & Loeb LLP<br>245 Park Avenue<br>New York, NY 10154-1895<br>gschwed@loeb.com | 212-407-4000 | 212-937-4689 |
| M. William Munno (Atty for Mary Jane Pidgeon Sledge)<br>Seward & Kissel LLP<br>One Battery Park Plaza<br>New York, NY 10004<br>munno@sewkis.com | 212-574-1587 | 212-480-8421 |

| NAME | PHONE | FAX |
|---|---|---|
| John McFerrin- Claney (Attys for Trail Ridge Flatiron Fund LP)<br>Bruce S. Nathan<br>Lowenstein Sandler, PC<br>1251 Avenue of the Americas, 18th Fl<br>New York, NY 10020<br>jmcferrin-clancy@lowenstein.com<br>bnathan@lowenstein.com | 212-262-6700 | 212-262-7402 |
| Paul D. Sinclair (Attys for Trail Ridge Flatiron Fund LP)<br>Andrew J. Nazar<br>Shughart, Thomson & Kilroy PC<br>20 W. 12th Street, Suite 1600<br>Kansas City, MO 64105<br>anazar@stklaw.com<br>psinclair@stklaw.com | 816-421-3355 | 816-374-0509 |
| Merrill G Davidoff (Atty for Bayou Class Claimants)<br>Berger & Montague, P.C<br>1622 Locust Street<br>Philadelphia, PA 19103<br>mdavidoff@bm.net<br>Lawrence J. Lederer : llederer@bm.net<br>Lane L. Vines: lvines@bm.net | 215-875-3084 | 215-875-4671 |
| Gary J. Mennitt (Atty for the Debtors and Debtors-in-Possession)<br>Dechert LLP<br>30 Rockefeller Plaza<br>New York, NY 10112<br>elise.frejka@dechert.com<br>H. Jeffrey Schwartz (h.jeffrey.schwartz@dechert.com)<br>Gary J. Mennitt (gary.mennitt@dechert.com) | 212-698-3500 | 212-698-3599 |
| Richard Kirby<br>K&L Gates<br>1601 K Street NW<br>Washington, DC 20006-1600<br>richard.kirby@klgates.com | 202-661-3730 | 202-778-9100 |

| NAME | PHONE | FAX |
|---|---|---|
| Trip Finley<br>Diamond McCarthy Taylor<br>Finley & Lee, LLP<br>6504 Bridgepoint Pkwy<br>Suite 400<br>Austin, Texas 78730<br>tfinley@diamondmccarthy.com | 512-617-5201 | 512-617-5299 |
| Kevin J. Burke (Represents Bayou DB Structured Products Inc.)<br>Cahill Gordon & Reindel LLP<br>80 Pine Street<br>New York, NY 10005<br>kburke@cahill.com | 212-701-3843 | 212-378-2167 |
| Kalman Ochs<br>Fried, Frank, Harris, Shriver & Jacobson LLP<br>One New York Plaza<br>New York, NY 10004-1980<br>kalman.ochs@friedfrank.com<br>Bonnie Steingart (Bonnie.Steingart@friedfrank.com)<br>Howard Goldstein (Howard.Goldstein@friedfrank.com) | 212-859-8139 | 212-859-4000 |
| Kroll Talbot Hughes<br>1628 JFK Boulevard, Suite 1600<br>Philadelphia, PA 19103Amy Leichner<br>James Shinehouse<br>William Pike<br>aleichner@Kroll.com<br>jshinehouse@Kroll.com<br>wpike@Kroll.com | 215-568-8276 | 215-568-7270 |
| Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, New York 10036<br><br>Peggy J. Farber, Associate<br>Philip Bentley<br><br>PFarber@KRAMERLEVIN.com<br>pbentley@kramerlevin.com. | 212-715-9184 | 212-715-8188 |

| NAME | PHONE | FAX |
|---|---|---|
| Richard M. Allen<br>223 Egremont Plain Road, PMB 108<br>North Egremont, MA 01252<br>RMAllenSki@aol.com | 413-528-2108 | 413-528-9510 |