USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 11/19/12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA :

-v.- :

DANIEL E. MARINO, :

Defendant. :

- - - - - - - - - - - - - - - - - - - - x

FOURTH AMENDED ORDER OF RESTITUTION

05 Cr. 1036 (CM)

WHEREAS, on September 29, 2005, DANIEL E. MARINO, the defendant, pleaded guilty to conspiracy to commit investment adviser fraud, mail fraud and wire fraud, in violation of 18 U.S.C. § 371; investment adviser fraud, in violation of 15 U.S.C. §§ 80b-6 and 80b-17; mail fraud, in violation of 18 U.S.C. § 1341; and wire fraud, in violation of 18 U.S.C. § 1343;

WHEREAS, on January 29, 2008, DANIEL E. MARINO, the defendant, was sentenced, inter alia, to a term of 20 years in prison, and to pay restitution in an amount and manner to be determined by the Court at a later date;

WHEREAS, on April 17, 2008, an Order of Restitution was entered against DANIEL E. MARINO, the defendant, in the amount of $300,000,000.00 payable to the persons, and in the individual amounts, identified on Attachment A to the Order of Restitution;

WHEREAS, on June 30, 2009, following motions by certain investors who suffered a pecuniary loss after entry of the Order of Restitution, an Amended Order of Restitution was entered against DANIEL E. MARINO, the defendant, in the amount of $300,000,000.00 payable to the persons, and in the individual

amounts, identified on Attachment A and B to the Amended Order of Restitution;

WHEREAS, on or about September 30, 2009, following motions by additional investors who suffered a pecuniary loss after entry of the Order of Restitution, a Second Amended Order of Restitution was entered against DANIEL E. MARINO, the defendant, in the amount of $300,000,000.00 payable to the persons, and in the individual amounts, identified on Attachment A, B, C, and D to the Second Amended Order of Restitution;

WHEREAS, on or about September 16, 2011, following motions by additional investors who suffered a pecuniary loss after entry of the Order of Restitution, a Third Amended Order of Restitution was entered against DANIEL E. MARINO, the defendant, in the amount of $300,000,000.00 payable to the persons, and in the individual amounts, identified on Attachment A, B, C, and D to the Third Amended Order of Restitution;

WHEREAS, on or about June 8, 2012, a Motion to Amend the Restitution Orders was filed by Marvin E. Bruce Living Trust ("Bruce Trust"), Mary P. Smythe Residuary Trust ("Smythe Trust"), John D. Canale, III ("Canale"), and D. Canale Beverages, Inc., now known as D. Canale & Co. Inc. ("Canale Beverages"), requesting that they be included in the restitution orders, as having suffered pecuniary losses in the amounts, respectively, of $1,775,000.00 for Bruce Trust, $1,250,000.00 for Smythe Trust,

$1,000,000.00 for Canale, and $1,500,000.00 for Canale Beverages;

WHEREAS, on or about November 13, 2012, a Motion to Amend the Restitution Orders was filed by Freestone Low Volatility Partners, LP ("Freestone"), requesting that it be included in the restitution orders, as having suffered a pecuniary loss in the amount of $500,000.

WHEREAS, the Government has advised the Court that it believes the motions to amend the restitution orders brought by Bruce Trust, Smythe Trust, Canale, Canale Beverages, and Freestone are warranted and should be granted;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that DANIEL E. MARINO, the defendant, shall pay a total of $300,000,000.00 in restitutions to the persons, and in the individual amounts, identified on Attachments A, B, C, and D annexed hereto.

Dated:   New York, New York
         November 16, 2012

SO ORDERED:

_____
HONORABLE COLLEEN McMAHON
UNITED STATES DISTRICT JUDGE

# ATTACHMENT A

ATTACHMENT A

## BAYOU

### Proposed List of Victims

| Investor Name | Alternate Contact | Loss Amount |
|---|---|---|
| **ON-SHORE FUNDS** | | |
| 1331 Foundation | Israel, Lawrence J. | $ 145,000 |
| 305 Partners LP | Jenkins, James C. | $ 2,500,000 |
| A. W. Jones Company | Burch, Robert | $ 5,000,000 |
| Adams, Eula | | $ 400,000 |
| Ad-In Partners | Spiro, William | $ 1,000,000 |
| Administrators for the Professions, Inc. | Weyand, Michael | $ 350,000 |
| Alan J Schottenstein Family Limited Partnership | Manager, Office | $ 1,000,000 |
| Allen, Joe E. | | $ 1,100,000 |
| Ark Multi-Manager Fund, LP | Krieger, John | $ 450,000 |
| Arntz Builders Profit Sharing Trust | Arntz, K. Allan | $ 750,000 |
| Arntz Family Foundation | Arntz, K. Allan | $ 1,500,000 |
| Thomas E & Andrea J Arntz ttee Arntz Family Revoc. Trust dtd 5/3/2001 | Arntz, K. Allan | $ 600,000 |
| Aron, Jaqueline | Lafayette Enterprises | $ 200,000 |
| Aron, Peter A | Lafayette Enterprises | $ 200,000 |
| Aron, Robert | Lafayette Enterprises | $ 200,000 |
| Asgard LLC | Jackson, Christopher | $ 1,000,000 |
| AW Jones Hedged Equity LP | Burch, Robert L. | $ 1,450,000 |
| Rushton O. Backer IRA | | $ 250,000 |
| John W. Bailey IRA | c/o Donald Abernathy | $ 500,000 |
| Trail Ridge Flatiron Fund LP | Finley, J. D. | $ 400,000 |
| Silver Creek Long/Short Holdings LLC | Dillion, Eric | $ 43,000,000 |
| Beckwith Invest Ltd Partnership | Trabucco, John | $ 2,000,000 |
| Benning Management Group Defined Benefit Pension Plan | Lacher, Ralph | $ 455,000 |
| Bermuda Fund, LP | Keck, Robert T. | $ 5,000,000 |
| MB Absolute Return-Fund Ltd. | Bloom, Mark E. | $ 1,300,000 |
| Dr. Edward Besner IRA | | $ 248,000 |
| Betty & Jay Partners LP | Mangene, David | $ 500,000 |
| Broad-Bussel Family LP | Bussel, Dan | $ 1,250,000 |
| Burton Partners III LP | Glenn, II, Thomas K. | $ 2,000,000 |
| Cadmus Partnership Ltd | Ross, Stephen M. | $ 1,570,000 |
| Cambridge Marketing Pension Plan | Schaeffer, Hillary E., Esq. | $ 280,000 |
| John Candela Revocable Trust | | $ 1,250,000 |
| Capital Appreciation Partners, LP | Snyder, Alan C. | $ 700,000 |
| Glass, Caroline B. | | $ 1,140,000 |
| Citco Global Custoday (NA) NC KBCFB (CI) as nominee for TS | Costello, Clara | $ 663,500 |
| Rollover IRA of Shelton Ciyatt, Jr. | | $ 500,000 |
| Colchis Capital Partners LP | Conrads, Robert & Edward | $ 2,000,000 |
| Coleman, Katherine & T Brooks | | $ 500,000 |
| Cary Cooper IRA | | $ 230,000 |
| Cottonwood Fund Series of the SALI Multi-Series Fund, LP | Nieman, Thomas | $ 2,000,000 |
| Croesus Investment Partners VIII LP | Mangene, David | $ 2,627,000 |
| Myron Crystal IRA | | $ 255,857 |
| Culiss, Gary | | $ 250,000 |
| Custom Strategies L.P. | Johnson, MaryAnn | $ 2,087,450 |
| Daley Investment Trust | Daley, Joe | $ 150,000 |
| Danforth, Brad | | $ 150,000 |
| DB Structured Products Inc. | Alfonso, Rosaria | $ 15,810,800 |
| Dentistry and Design Employees Profit Sharing Plan & Trust | Pullen, Clifford Van | $ 500,000 |
| DePauw University | Bice, Keith | $ 3,250,000 |
| Dr. Philip Markin Profit Sharing Plan & Trust | | $ 550,000 |
| Jake Easton III IRA | | $ 350,000 |
| E-C Fund LP | Buik, Richard | $ 1,300,000 |
| Eclipse Fund LLC | Cunningham, Brian | $ 1,250,000 |
| Kenneth A and Roberta E Eldred Revocable Trust | Eldred, Kenneth & roberta | $ 1,000,000 |
| ESUM Partnership #2 | Muse, Albert | $ 900,000 |
| Eye & Ear Foundation | Muse, Albert | $ 1,200,000 |
| Thomas Fell IRA | | $ 350,000 |
| Fekete, Michael & Susan | | $ 500,000 |
| Feldman, Jeffrey | | $ 400,000 |
| Fine Family Trust | Fine, Ira & Barbara | $ 200,000 |
| Fine Management Corporation Money Purchase Pension Plan | Fine, Ira | $ 175,491 |
| Harold Foonberg Family Trust | Manager, Trust | $ 350,000 |
| Byron Foster Trust | Mangene, David | $ 600,000 |
| FKB Trust | Bowers, Fred | $ 500,000 |
| GIF Inc. | McAlister, J.D. | $ 700,000 |

ATTACHMENT A

| Investor Name | Alternate Contact | Loss Amount |
|---|---|---|
| Gleason, Thomas | | $ 300,000 |
| Ronald Greenspan IRA | | $ 250,000 |
| Guardian Two LP | Gardner, Timothy | $ 900,000 |
| Habib, Farzana S. | | $ 50,000 |
| Robert Harrigan IRA | | $ 350,000 |
| Andrew Heck | | $ 420,000 |
| High Sierra Investments | Gullien, Trini | $ 1,700,000 |
| Hill, Bruce H. C. | | $ 250,000 |
| Hill, Christopher C. | | $ 1,450,000 |
| Hill, Russell L. C. | | $ 1,000,000 |
| Norman Hirsch | | $ 150,000 |
| Holland, Betsy A. | | $ 450,000 |
| InAltra US World Fund LP | David, Zale | $ 500,000 |
| Christine Incontro IRA | | $ 300,000 |
| Sands, Lenny & Corrine | | $ 242,175 |
| Israel, Ann R. | | $ 100,000 |
| Jordan Family Revocable Trust dtd 8/25/95 | Jeffrey D & Karen Jordan, TTEES | $ 1,000,000 |
| Jepson, Hans G. | Jepson, Hans G. | $ 100,000 |
| Kaplan Jones Family Trust | Kaplan, Mitchell | $ 350,000 |
| Kaplan Stahler Agency Retirement Trust Defina Pension Plan | Kaplan, Mitchell | $ 400,000 |
| Gerson Kaplan IRA | Kaplan, Mrs Chaya Morman, Kaplan, IRA | $ 850,000 |
| Ann Keller Lingo Revocable Trust | Lingo, Ken | $ 1,000,000 |
| Killinger, Scott | | $ 210,000 |
| Klement, Amy Rowe | | $ 200,000 |
| Korel Foundation | Hardin, Claudia | $ 1,750,000 |
| Krueger, K H Wm | | $ 500,000 |
| Lacher Family Trust | Lacher, Ralph & Jackie | $ 330,000 |
| Latta Family Trust | Latta, Laurence | $ 400,000 |
| Lawrence, Francis & Helen | c/o Grant,Tani, Barash & Altman, Inc. | $ 250,000 |
| Lawson, H Blaine Jr | | $ 500,000 |
| LIBDR Partners | Jenkins, James | $ 2,000,000 |
| Lingo, Ken | | $ 400,000 |
| Long Short Fund I | Droz, Garay P. | $ 2,900,000 |
| Longboat Capital Partners | Capizzi/Smith, Mike/Kyle | $ 2,000,000 |
| Louis Marsh Living Trust dated 10/12/04 | Young, Stanford, President | $ 750,000 |
| Donald MacShane IRA | | $ 581,798 |
| Mann, Michael | | $ 46,100 |
| MAPS Charter Fund LP | Smith, Kyle | $ 1,250,000 |
| Marini, Paul A. | | $ 500,000 |
| Mayfield Investment Partners LP | Smith, Kyle P. | $ 750,000 |
| McKee, Donald F. & Rader, Elizabeth M. | | $ 1,150,000 |
| McNeill, Robert, IRA | | $ 550,000 |
| Robert P. McNeill Insurance Trust dated 3/17/1968 | | $ 1,256,395 |
| Moshe I. Meldar IRA | | $ 500,000 |
| Melvin N. & Marcia A. Grossman Family Trust | Grossman, Melvin | $ 850,000 |
| Merlis Green & Assocs. Defined Benefit Pension Plan | Merlis, Michael | $ 375,000 |
| Messer, Alan & Geraldine | | $ 500,000 |
| Meyers, Leon | Myers, Leon | $ 650,000 |
| Leon Meyers ttee u/t/d 1/21/76 Ben Meyers Grantor | | $ 600,000 |
| Michelsohn, Marie Louise | | $ 1,400,000 |
| Michelsohn, Marie Louise and Michelson, Michelle JT | | $ 1,200,000 |
| Miller, Lawrence | | $ 1,192,300 |
| Miller, Lawrence | | $ 750,000 |
| Miller, Lawrence IRA | | $ 580,438 |
| Morris III, William H. | | $ 950,000 |
| The Mosaic Fund L P. | Myers, Leon | $ 4,500,000 |
| Mottahedeh, Roy P | | $ 250,000 |
| Mount Rainier LP | O'Brien, James | $ 850,000 |
| Multi-Dimensional Fund LP | Ehrlich, Richard | $ 1,900,000 |
| Muse, Albert C | | $ 400,000 |
| Alexandra V. Muse Voluntary Trust dtd 1/5/87 | Muse, Albert | $ 470,000 |
| Nancy C. Muse Voluntary Trust dtd 1/5/87 | Muse, Albert | $ 470,000 |
| Musser, Hilary G. | | $ 250,000 |
| Kathryn L Nothacker Revocable Trust Number One v/a 5/02/1988 | | $ 600,000 |
| Pacific Peak Partners LP | Cunningham, Brian | $ 500,000 |
| Palm Beach Atlantic University | Gall, George | $ 500,000 |
| Parkland Investment Partners, LP | Smith, Kyle P. | $ 750,000 |
| Pasternak Baum & Co Employee Profit Sharing Plan F/B/O Arthur Brainson | Brainson, Arthur | $ 900,000 |
| Jon T. Pawley IRA | | $ 250,000 |
| Payson, Martin | | $ 150,000 |
| Payson, Martin & Doris | | $ 250,000 |
| Phoenician Trading Partners LP | Martin, James | $ 1,800,000 |

ATTACHMENT A

| Investor Name | Alternate Contact | Loss Amount |
|---|---|---|
| Physician's Reciprocal Insurers | Weygand, Michael | $ 8,000,000 |
| Steven Pomerance IRA | | $ 300,000 |
| Prosthodontic Assoc P.C. Retirement Trust | Hribar, Jr., George | $ 250,000 |
| Rayne Mark Investments LLC | Crossen, Mark | $ 750,000 |
| Regent University | Isakoff, Lou | $ 4,750,000 |
| Freddie Reiss IRA | | $ 708,679 |
| Rembrandt Partners LP | Latella, Laura | $ 6,250,000 |
| Renio, Dr Robert | | $ 225,000 |
| Revolutionary Graphics Inc | Schaeffer, Hillary E., Esq. | $ 5,710,000 |
| Robertson, Timothy B. | | $ 1,500,000 |
| Rosenblum, Jeffrey & Leonor R. | | $ 750,000 |
| Samlo Defined Benefit Pension Plan | Lovullo, Sam | $ 769,301 |
| Saul Partners LP | Saul, Andrew | $ 2,000,000 |
| William Scalla IRA | | $ 92,000 |
| Schrage, Leonard and Terra | | $ 180,000 |
| Morris Schrage IRA | | $ 522,000 |
| Morris Schrage Trust | | $ 1,262,368 |
| SES Family Investment & Trading Partnership LLP | Zeltzer, Roz | $ 750,000 |
| Siegesmund III, John C | | $ 250,000 |
| Ann W. Silverstein 2001 Revocable Trust | Silverstein, Ann W. | $ 500,000 |
| Singer Family Trust | Singer, Jeffrey & Kellie | $ 150,000 |
| Jeff Singer IRA | | $ 175,062 |
| Dr. Gerald Smallberg IRA | | $ 284,412 |
| Somers & Co F/B/O Suoritus Masters Fund LP | Merline, Jean Marc | $ 2,965,000 |
| South Cherry Street Partners | Groothius, Fred | $ 1,150,000 |
| Spiller, David | | $ 100,000 |
| Starling Partners Fund LLC | Glenn, II, Thomas K. | $ 2,500,000 |
| Salay, Stephen G. | | $ 250,000 |
| Sam A. Stephens Charitable Remainder Trust | c/o Shelton Clyatt | $ 500,000 |
| Sterling Insurance Agency Inc PSP | Hirsch, Mr. Richard | $ 289,382 |
| Tamerac Fund Series of the Sali Multi-Series Fund LP | Nieman, Thomas | $ 2,000,000 |
| Taube Family Foundation | Meyerson, Rick | $ 1,100,000 |
| Thaddeus N. Taube, IRA | Myerson, Rick | $ 475,000 |
| TFT Partners LLC | Myerson, Rick | $ 500,000 |
| The 1183 Trust | Glenn, II, Thomas J. | $ 750,000 |
| The Keystone Company | Muse, Albert | $ 1,400,000 |
| The Mondlak Trust | Umansky, Julio | $ 188,650 |
| The Sentinel Uncorrelated Fund | Swanson, Bruce | $ 1,000,000 |
| David Tisherman IRA | | $ 239,898 |
| TMG Investments II (The Management Group) | Mundel, Rob | $ 765,000 |
| Tolk, Gayla Lynn | | $ 450,000 |
| Travis Company JV | Hill, Roger C. | $ 1,500,000 |
| William F. Regnery Trust | Regnery, William | $ 700,000 |
| Trustees of Lawrence Academy | Deasy, Linda | $ 650,000 |
| UM Investment Trust II FBO Sole Series Undiscovered Managers Spinnaker Fund | Cunningham, Brian | $ 635,000 |
| Umansky Family Trust | Umansky, Betty | $ 400,000 |
| Umansky, Alejandro | | $ 215,624 |
| Umansky, Julio | | $ 200,000 |
| Umansky, Leonardo | | $ 300,000 |
| UNIFAM, LP | Nicholson, LeeAnn | $ 1,500,000 |
| Universal City Nissan | Schrage, Lenny | $ 2,057,869 |
| Arthur & Debra Valner Trust | Valner, Arthur/Debora | $ 267,000 |
| Susan Van Putten Trust | Manager, Office-Susan | $ 500,000 |
| Vestis Diversified LP | Quadeer, Afroz | $ 376,000 |
| Verity Associates LP | Fink, Michael F. | $ 400,000 |
| Villanueva, Edward | | $ 750,000 |
| William Wallert IRA | | $ 847,500 |
| Weiner Investments | Weiner, Bruce B. | $ 1,500,000 |
| Weiss, Roger J | | $ 350,000 |
| West Mountain Partners LP | Alar, Paul | $ 1,400,000 |
| Westley, Joseph | | $ 175,000 |
| William Regnery Trusts Partnership II | Manager, Office | $ 950,000 |
| Williams, John H. | | $ 1,476,000 |
| WIP LLC | Wurtzel, Alan | $ 500,000 |
| Woodland Partners LP | Bernstein, Todd | $ 3,500,000 |
| David Young IRA | | $ 194,025 |
| Yuengling Corporation | Yuengling, Frederic | $ 585,000 |
| Subtotal Onshore Claims | | $ 250,411,974.00 |

ATTACHMENT A

| Investor Name | Alternate Contact | Loss Amount |
|---|---|---|
| **OFF-SHORE FUNDS** | | |
| Anglo-Irish Bank (Suisse), SA | antonioparalore@anglonsishbank.ch | $ 1,405,000 |
| BIM Alternative Investments SPR SGA Client High (Banca IMI Client) | kevin.gilleece@pfpc.ie | $ 1,000,000 |
| BNP Paribas Securities Services Luxembourg | Laluja, Anthony | $ 4,000,000 |
| DEA Capital Spa (Old CDB Web Tech Spa) | Moscatelli, Vittorio | $ 1,500,000 |
| Citco Global Custody NV 211070 | Itoh, Yasuo | $ 1,500,000 |
| Citco Global Custody NV - Cash 102448 | Costello, Clara | $ 435,000 |
| Citco Global Custody NV 200158 | Costello, Clara | $ 1,000,000 |
| Citco Global Custody NV 210018 (for Infinity Capital SA) | Costello, Clara | $ 15,200 |
| Citco Global Custody NV ref 190942 (Stratos Fund/R Callahan) | Costello, Clara | $ 1,000,000 |
| Citco Global Custody Scala Fund of Funds (Gabelli) | Martina, Verrian | $ 1,200,000 |
| Citco Global NV (NA) for Select Multi Strategic Fund | Reine, Richelle La | $ 3,000,000 |
| Close Trustees Ibo Meritage Investments | Juan Howland and Catherine Spencer | $ 500,000 |
| FAM Global (Fam Classic...) | Ng, Tom | $ 650,000 |
| Fortis Bank (Cayman) Ltd as Custodian of Tradex Global Master Fund | Beatti, Michael | $ 500,000 |
| Guernroy Ltd (Parity Investments) | McShea, Keith | $ 1,000,000 |
| Jewish Federation of Metro Chicago | Sinclair, Kent | $ 4,000,000 |
| Kredietbank S.A. Luxembourgeoise For Customers Account | LeVaillant, Jerry | $ 1,715,000 |
| MB Absolute Return Fund Ltd (via Butterfield) | Bloom, Mark E. | $ 750,000 |
| Meyers, Leon, MPP Plan | Meyers, Leon | $ 850,000 |
| Nephrology Asso PC Pension Plan / Dr Chaim Charytan | Charytan, Dr. Chaim | $ 1,500,000 |
| Pyxis Investment Strategies LLP (Stone Corporation) | Hamilton, Jay | $ 6,000,000 |
| Robinson & Co - a/c 0256883 (Focus Investment Group) | Jones, Annaliese | $ 55,700 |
| Sterling Stamos Growth (Offshore) Fund Ltd | Kanover Esq., Jared A. | $ 97,000 |
| Sterling Stamos Liquidity (Offshore) Fund | Kanover Esq., Jared A. | $ 70,600 |
| Sterling Stamos Security (Offshore) Fund Ltd | Kanover Esq., Jared A. | $ 477,200 |
| Bedell Trustees Ltd re: The M Wobl 1965 Discretionary Settlement | Hayer, Anita | $ 500,000 |
| Meyers, Leon M. (Fr Interest in Tremont Insurance) | | $ 672,488 |
| Forevergreen Partners (Fr Interest in Tremont Insurance) | Doyle, David | $ 502,512 |
| Vestis Diversified International Ltd - OA2 | Whelan, Constance | $ 300,000 |
| Wise Global | Lo, Florence | $ 1,000,000 |
| **Subtotal Offshore Claims** | | $ 37,195,700.00 |
| **Total OnShore Funds & Offshore Funds Claims** | | $ 287,607,674.00 |

| General Victims | Alternate Contact | Loss Amount |
|---|---|---|
| ERF Hedge Fund LLC | | $ 357,500.00 |
| Tom & Nancy Juda Living Trust | | $ 250,000.00 |
| WAM Long/Short Partners | Hauswirth, Christopher | $ 333,300.00 |
| **Subtotal General Victims** | | $ 940,800.00 |

ATTACHMENT A

| Redeeming Victims- Altegris | Alternate Contact | Net Loss After Reimbursement |
|---|---|---|
| Bauer, Warren L & Lynda M | | $ 42,600.00 |
| Dorothy H. Bjurstom Trust | | $ 42,500.00 |
| Bonham, Ronald A & Leslie, Angela J | | $ 42,500.00 |
| Brown, Douglas II | | $ 42,500.00 |
| John C. Brunk Rollover IRA | | $ 42,500.00 |
| Christen, Samuel E. | Allen, Richard M | $ 468,502.00 |
| Daedalus Financial Corporation | White, Charles E. | $ 42,500.00 |
| Eastman, Ronald E & Marilyn | | $ 17,000.00 |
| Gardiner, Thomas | | $ 85,000.00 |
| Gile-Ratcliff, Elizabeth S | Gile, Robert | $ 42,500.00 |
| Graves Family Partnership | Graves, William | $ 125,000.00 |
| Margaret J. Hartzler IRA | | $ 42,500.00 |
| Hegewald, Gary & Judith | | $ 42,500.00 |
| Horvath, Zoltan P & Marilyn D | | $ 78,200.00 |
| Klein, Barrett & Claire | | $ 42,500.00 |
| Lebowitz, Michael & Marilyn | | $ 175,000.00 |
| The Richard A. Lewis & Robert D. Lewis Trust | Lewis, Richard | $ 42,500.00 |
| Antonia M. Marsden Revocable Trust | Marsden, Antonia | $ 42,500.00 |
| Meyer Investment Partners | Meyer, Paul | $ 68,000.00 |
| Morris Investment Company | Goldstein, Harold | $ 34,000.00 |
| Wesley E. Mudge Trust | Mudge, Wesley E | $ 210,000.00 |
| Overkill Investments Inc | Heinz, Clifford | $ 34,000.00 |
| Ratterman, Walter | | $ 42,500.00 |
| Neal & Jean Ross Family Trust | Ross, Jean | $ 42,500.00 |
| Routt, J Robert | | $ 42,500.00 |
| Inherited IRA of John Sammond | Denholm, Diane | $ 329,624.00 |
| Dale A. Sauser Trust | Sauser, Thomas | $ 125,000.00 |
| Raleigh L. Shaklee Trust | Shaklee, Lee | $ 170,000.00 |
| John J. Shea Jr. | | $ 125,000.00 |
| Swanson, Thomas | | $ 42,500.00 |
| Volunteer Limited Liability Co | Moss, Ted | $ 42,500.00 |
| John H. Waldock Trust | Waldock, John | $ 42,500.00 |
| Waldorff Family Trust | Waldorff, Charles | $ 42,500.00 |
| Chales Weidmer Trust | Weidmer, Charles | $ 42,500.00 |
| Weingart, Ronald & Jenyne | | $ 42,500.00 |
| Wintsch Family Trust | Wintsch, Herbert | $ 125,000.00 |
| Wright Family Capital LP | Pierce, Alan K | $ 500,000.00 |
| Subtotal Redeeming Victims- Altegris | | $ 3,561,826.00 |

| Redeeming Victims- Lydian | Alternate Contact | Net Loss After Reimbursement |
|---|---|---|
| Bansal Foundation | Bansal, Vikesh | $ 500,000.00 |
| Gary N. Brown Revocable Trust | Brown, Gary | $ 250,000.00 |
| Canning Limited Partnership | Freedman, Julia & Mona | $ 500,000.00 |
| Ciconia & Co | | $ 380,000.00 |
| Crowley, George | | $ 250,000.00 |
| Dor Family LLC | Dor, Jay | $ 500,000.00 |
| Friesen, Gerald | | $ 250,000.00 |
| Garfinkel, Eric & Diane | | $ 750,000.00 |
| Kampf, Joseph & Barbara | | $ 400,000.00 |
| Insight Multi-Strategy Fund, LLC | Boldman, Christopher | $ 1,750,000.00 |
| Meyer Mutual Fund LLC | Meyer, William | $ 250,000.00 |
| Terry A. Perl Revocable Trust | Perl, Terry | $ 280,000.00 |
| Schild Family Partnership | Schlitt, Howard & Diane | $ 1,087,500.00 |
| SGW Holdings LLC | Sedgwick, Theodore | $ 530,000.00 |
| Shangri-La LLC | Bansal, Vikesh | $ 752,500.00 |
| Small Family Trust | Small, Jeffrey | $ 500,000.00 |
| Jewish Federation of Greater Washington | Galperin, Mikhail David | $ 1,000,000.00 |
| Wolford, Douglas | | $ 250,000.00 |
| Wolford, Karen | | $ 250,000.00 |
| Subtotal Redeeming Victims- Lydian | | $ 10,430,000.00 |

ATTACHMENT A

| Redeeming Victims- KRA | Alternate Contact | Net Loss After Reimbursement |
|---|---|---|
| Gary Frank IRA | | $ 125,000.00 |
| Robert Futterman IRA | | $ 153,460.00 |
| Roseanne Luculano IRA | | $ 150,000.00 |
| Howard Kra IRA | | $ 150,000.00 |
| Siegel, Bradley & Jill | | $ 125,000.00 |
| Siegel, Lawrence | | $ 125,000.00 |
| Subtotal Redeeming Victims- KRA | | $ 828,460.00 |

| Redeeming Victims- TAG | Alternate Contact | Net Loss After Reimbursement |
|---|---|---|
| PCM Multistrategy LP | Peltz, Andrew | $ 1,616,500.00 |
| Rothfeld, Eric & Harriet | | $ 915,000.00 |
| TAG Master Hedged Equity Fund LLC | Gonzalez, Jorge | $ 2,928,000.00 |
| Tr Agrmnt Deferral Plan Sr Exec Officers of Triarc Cos Inc - Mr Nelson Peltz | Machamer, Ginny | $ 721,081.00 |
| Tr Agrmnt Deferral Plan Sr Exec Officers of Triarc Cos Inc - Mr Peter May | Machamer, Ginger | $ 360,541.00 |
| Subtotal Redeeming Victims- TAG | | $ 6,541,122.00 |
| Total All Losses | | $ 309,909,882.00 |

# ATTACHMENT B

## ATTACHMENT B

| Investor Name | Alternative Contact | LOSS Amount |
|---|---|---|
| Fred Montesi IRA and Fred Montesi | Carole Neville, Esq. | $58,563.00 |
| Helen Yulman Revocable Trust | Carole Neville, Esq. | $337,500.00 |
| KFI Capital Partners LLC | Carole Neville, Esq. | $300,000.00 |
| Mary Jane Pidgeon Sledge | William Munho, Esq. | $342,000.00 |
| Mayer & Morris Kaplan Foundation | Carole Neville, Esq. | $460,000.00 |
| YK Investment Partnership II | Carole Neville, Esq. | $750,000.00 |
| William Strang | | $50,000.00 |
| Randall M. & Sheryl B. Rothstein | Carole Neville, Esq. | $25,000.00 |
| Alan Osofsky | Gary Simon, Esq. | $25,000.00 |
| Highgate Partners LP | Gregory Schwed, Esq. | $323,000.00 |
| DW Resources Defined Benefit Plan and Marc Daniels | Marc Daniels, pro se | $25,045.00 |
| H&B Hedge Fund II LLC | Carole Neville, Esq. | $1,500,000.00 |
| Marc Fleisher IRA and Marc Fleisher | Carole Neville, Esq. | $25,000.00 |
| Peter Haje IRA and Peter Haje | Jeff Friedman, Esq. | $410,275.00 |
| Kevin Bass | Carole Neville, Esq. | $25,000.00 |
| Michael Davidson | Carole Neville, Esq. | $25,000.00 |
| Neil D. Cohen | Carole Neville, Esq. | $50,000.00 |
| Edward & Virginia Sorkin | Carole Neville, Esq. | $20,400.00 |
| Total | | $4,741,783.00 |

# ATTACHMENT C

## ATTACHMENT C

| Investor Name | Contact | Loss Amount |
|---|---|---|
| Sterling Stamos Security Fund, L.P. | Sterling Stamos Capital Management, L.P.<br>Attn: Jared Kanover, Esq. | $6,598,900 |
| Sterling Stamos Security Fund– Friends and Family, L.P. | Sterling Stamos Capital Management, L.P.<br>Attn: Jared Kanover, Esq. | $858,000 |
| Sterling Stamos Growth Fund, L.P. | Sterling Stamos Capital Management, L.P.<br>Attn: Jared Kanover, Esq. | $2,970,000 |
| Sterling Stamos Liquidity Fund, L.P. | Sterling Stamos Capital Management, L.P.<br>Attn: Jared Kanover, Esq. | $2,153,624 |
| Redwood Growth Partners, L.P. | Redwood Growth Partners, L.P.<br>c/o Tina Badciong<br>6410 Poplar Avenue<br>Suite 650<br>Memphis, TN 38119 | $1,200,000 |
| Heritage Hedged Equity fund, L.P. | Heritage Hedged Equity Fund, L.P.<br>c/o Miles S. Fortas<br>6075 Poplar Avenue<br>Suite 700<br>Memphis, TN 38119 | $4,625,000 |
| Christian Brothers High School Endowment | Christian Brothers High School Endowment<br>5900 Walnut Grove Road<br>Memphis, TN 38120 | $1,600,600 |
| Marvin E. Bruce Living Trust | Marvin Bruce Living Trust<br>Attn: Marvin E. Bruce<br>3747 Peachtree Rd. NE<br>Apt. 341<br>Atlanta, GA 30319 | $1,775,000 |

| | | |
|---|---|---|
| Mary P. Smythe Residuary Trust | Mary P. Smythe Residuary Trust<br>Attn: Dale Rainwater<br>First Tennessee Trust Division<br>4385 Poplar Avenue<br>Memphis, TN 38117 | $1,250,000 |
| John D. Canale, III | John D. Canale, III<br>c/o Connie G. Ingram<br>D. Canale & Co.<br>79 South Second Street<br>Memphis, TN 38103 | $1,000,000 |
| D. Canale Beverages, Inc., now known as D. Canale & Co. Inc. | John Canale and Chris Canale<br>c/o Connie G. Ingram<br>D. Canale & Co.<br>79 South Second Street<br>Memphis, TN 38103 | $1,500,000 |
| Freestone Low Volatility Fund, LP | Gary Furukawa<br>c/o Freestone Capital Management LLC<br>1918 8th Avenue<br>Suite 3400<br>Seattle, Washington 98101 | $500,000 |

# ATTACHMENT D

## ATTACHMENT D

| Investor Name | Alternate Contact | Loss Amount |
|---|---|---|
| DB Structured Products, Inc. | Kevin J. Burke, Esq. | $16,240,000 |